**DENIED; Opinion Filed August 28, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01148-CV

### IN RE M&A TEXAS LANCASTER, LTD., Relator

**Original Proceeding from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-06438**

## MEMORANDUM OPINION

Before Justices FitzGerald, Lang, and Myers
Opinion by Justice Lang

Relator contends the trial judge erred in denying a motion to compel. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown it is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

/Douglas S. Lang/

DOUGLAS S. LANG
131148F.P05                            JUSTICE